# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2024

## NO. 03-24-00069-CV

**A. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order signed by the trial court on January 2, 2024. Having reviewed the record, the Court agrees that the appeal should be consolidated into cause number 03-23-00856-CV and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-23-00856-CV and dismisses cause number 03-24-00069-CV. The costs will be assessed on the disposition of cause number 03-23-00856-CV.